# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-02500-CBS

LEROY BUNN AND
MARK NEWLAND,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO,

      Defendant.

---

## FINAL JUDGMENT

---

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      This action was tried before a jury of eight duly sworn to try the issues herein with U.S. Magistrate Judge Craig B. Shaffer presiding, and the jury has rendered a verdict. It is

      ORDERED that judgment is entered on behalf of the Plaintiff, Leroy Bunn and against Defendant, City and County of Denver, Colorado as follows: $50, 931.00 for the Fair Labor Standards Act claim for the period between September 10, 2012 and the present date.  It is

      ORDERED that judgment is entered on behalf of the Plaintiff, Mark Newland and against Defendant, City and County of Denver, Colorado as follows: $48, 491.00 for the Fair Labor Standards Act claim for the period between September 10, 2012 and the present date.  It is

ORDERED that Plaintiffs are AWARDED costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 7th day of March, 2016.

> FOR THE COURT:
> JEFFREY P. COLWELL, CLERK
>
> By: s/ A. Montoya
> _____
> Amanda Montoya
> Deputy Clerk